

Paul M. Eckles
Senior Litigation Counsel
peckles@brandeiscenter.com

July 11, 2025

**VIA ECF**

Hon. Robert M. Levy
United States Magistrate Judge
United States Courthouse
225 Cadman Plaza E, Brooklyn, NY 11201

    Re: *Bishop v. Cornell University, et al.*, No. 1:25-cv-01827-RML

Dear Judge Levy:

    We represent defendant Rachel Foster in the above-captioned action. Pursuant to Your Honor's June 6, 2025 Order, Ms. Foster's response to the complaint is due today, July 11, 2025.

    Ms. Foster intends to file a motion to dismiss for failure to state a claim pursuant to Federal Rule of Civil Procedure 12(b)(6), seeking dismissal of all claims against her with prejudice.

    Pursuant to Administrative Order No. 2023-23, we write to inform the Court that all parties have not consented to the jurisdiction of a Magistrate Judge for all purposes. While Ms. Foster's motion to dismiss is prepared to be filed, we understand that, pursuant to the Administrative Order, the Clerk will randomly assign a District Judge to serve as the presiding judge in the case and that we shall then file either a pre-motion letter or our motion to dismiss as provided for in the District Judge's Individual Practices.

    Thank you for your attention to this matter.

                                          Respectfully submitted,

                                          */s/ Paul M. Eckles*
                                          Paul M. Eckles

cc:    all counsel of record (via ECF)