

One Lincoln Center | Syracuse, NY 13202-1355 | **bsk.com**

**SUZANNE M. MESSER, ESQ.**
smesser@bsk.com
P: 315.218.8628

April 30, 2026

**VIA ELECTRONIC FILING**

Hon. Frederic Block
United States District Court, Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:     *Michael Bishop v. Cornell University, et al.*
        *Civil Action No. 1:25-cv-01827-RML*

Dear Judge Block:

We represent Defendant Cornell University ("Cornell") in the above-referenced matter. We write on behalf of all parties pursuant to the Court's April 22, 2026, Text Order, to provide a modified schedule concerning Defendants' potential motions for judgment on the pleadings and/or to dismiss as well as Ms. Foster's anticipated Rule 11 motion.

The parties propose the following:

- Defendants will file any motions for judgment on the pleadings/to dismiss/under Rule 11 on or before May 22, 2026;

- Plaintiff will respond to any such motions on or before June 15, 2026;

- Defendants will file any replies in further support of such motions on or before June 29, 2026.

If this schedule meets with the Court's approval, please "so order."

Respectfully submitted,

*/s/Suzanne M. Messer*

Suzanne M. Messer

cc: All Counsel (via ECF)

23461158