**BRANDEIS CENTER**

The Louis D. Brandeis Center
for Human Rights Under Law

Paul M. Eckles
Senior Litigation Counsel
peckles@brandeiscenter.com

May 22, 2026

**BY ECF**

Hon. Frederic Block
United States District Court Judge
United States Courthouse
225 Cadman Plaza E, Brooklyn, NY 11201

     Re: *Bishop v. Cornell University, et al.*, No. 1:25-cv-01827

Dear Judge Block:

     We represent defendant Rachel Foster in the above-captioned action. We write to notify the Court that on May 22, 2026, Ms. Foster served plaintiff Michael Bishop with: (1) a Notice of Motion to Dismiss Pursuant to Fed. R. Civ. 12(b)(6), a supporting memorandum, and an attorney declaration attaching three exhibits; and (2) a Notice of Motion for Sanctions Pursuant to Fed. R. Civ. 11, a supporting memorandum, and an attorney declaration attaching four exhibits.

     Respectfully submitted,

     */s/ Paul M. Eckles*
     Paul M. Eckles

cc: All counsel of record (*via email*)

202.559.9296

New York, NY 10019
www.brandeiscenter.com

1675 Broadway